

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00060-CV

GLASHEEN, VALLES AND
INDERMAN, LLP

APPELLANT

V.

ILDA MONTES, INDIVIDUALLY
AND AS PERSONAL
REPRESENTATIVE OF THE
ESTATE OF KAREN HERRERA;
BLAIES & HIGHTOWER, LLP; AND
C. BARRY CRUTCHFIELD, P.C.
D/B/A TEMPLEMAN &
CRUTCHFIELD

APPELLEES

----------

### FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 352-263554-13

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered appellant's agreed "Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: August 18, 2016